**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Fernando Navarro<br><br>Debtor(s) | Case No. 8:14-bk-14041-ES |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Amrane Cohen, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/30/2014.

2) The plan was confirmed on 09/23/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/23/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/10/2015.

5) The case was dismissed on 10/29/2015.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $17,850.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,092.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**                                                              **$2,092.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,011.04 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $80.96 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                     **$2,092.00**

Attorney fees paid and disclosed by debtor:         $800.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advance America | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Amrane (SA) Cohen (TR) | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ATLANTIC CREDIT & FINANCE SPEC | Unsecured | NA | NA | 972.97 | 0.00 | 0.00 |
| Avant Credit | Unsecured | 2,583.00 | NA | NA | 0.00 | 0.00 |
| Avant Credit Corporati | Unsecured | 2,642.00 | NA | NA | 0.00 | 0.00 |
| Best Buy/Cbna | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |
| CASHCALL, INC | Unsecured | 2,600.00 | NA | 2,600.00 | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 3,300.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 335.00 | NA | 335.68 | 0.00 | 0.00 |
| Diversified Consultants, Inc. | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| Dsnb Macys | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| Equifax Information Services, LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Experian | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Experian | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Franchise Tax Board | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| George Fisher Inc. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,398.56 | NA | 4,398.56 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Kia Motors Finance | Secured | 24,714.00 | NA | NA | 0.00 | 0.00 |
| LA County Sheriff's Off | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Law Offices Of Todd L Cramer | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Money Mart | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Money Mart | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Nissan Motor Acceptanc | Secured | 19,890.00 | NA | 20,042.67 | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 16,691.00 | NA | 16,239.98 | 0.00 | 0.00 |
| ORANGE COUNTY TAX COLLECTOR | Unsecured | NA | NA | 281.91 | 0.00 | 0.00 |
| Pacific Bell Telephone Company | Unsecured | 111.00 | NA | 111.59 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 679.00 | NA | 679.09 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 972.00 | NA | 1,302.43 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Progreso Financiero | Unsecured | 893.00 | NA | NA | 0.00 | 0.00 |
| Pulmonary Assoc | Unsecured | 658.00 | NA | NA | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS, INC | Unsecured | NA | NA | 4,223.87 | 0.00 | 0.00 |
| Santa Ana Division | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Silver Cloud Financial | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| SILVER CLOUD FINANCIAL INC | Unsecured | NA | NA | 600.00 | 0.00 | 0.00 |
| Southwestern & Pacific Specialty Finance | Unsecured | 3,585.00 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 2,600.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial S | Unsecured | 3,964.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Secured | 5,194.20 | 0.00 | 750.00 | 0.00 | 0.00 |
| Springleaf Financial Services | Secured | NA | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | NA | 0.00 | 4,444.20 | 0.00 | 0.00 |
| Sunrise Credit Services, Inc. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Syncb/shop Hq | Unsecured | 1,302.00 | NA | NA | 0.00 | 0.00 |
| Trans Union Corporation | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Transunion Consumer Relations | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TYSON TAKEUCHI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| United States Trustee (SA) | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $37,032.65 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$37,032.65** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,398.56 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$4,398.56** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$15,551.74** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,092.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$2,092.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/09/2016                    By: /s/ Amrane Cohen
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**